1

2

3

4

5

6

7

8

9

10

11

12              IN THE UNITED STATES DISTRICT COURT

13                  FOR THE DISTRICT OF NEVADA

14   OPERATION:HEROES, LTD,              CASE NO. 2:12-CV-00214-LRH-(GWF)

15          Plaintiff,                   **STIPULATION FOR WITHDRAWAL OF DEFENDANTS' PENDING MOTIONS**

16   v.

17   PROCTER AND GAMBLE                  **AND ORDER THEREON**
     PRODUCTIONS, INC., *et al*.,

18          Defendants,

19

20   R.C. FOSTER,

21      Third-Party Defendant.

22

23          Counsel for Plaintiff and Defendants hereby stipulate that, as a result of Plaintiff's

24   recently filed Amended Complaint, Defendants agree to withdraw without prejudice (1)

25   Defendants' Motion to Dismiss for Failure to State a Claim [Docket No. 19], dated and filed May

26   1, 2012, (2) Defendants' Motion to Transfer Venue to the United States District Court for the

27   Southern District of Ohio, Western Division (Cincinnati) [Docket No. 22], dated and filed May 1,

28   2012, and (3) Motion of Defendant Procter & Gamble Productions, Inc. to Compel Arbitration

1   and Stay Proceedings [Docket No. 18], dated and filed May 1, 2012.  These motions should be

2   removed the Court's docket for consideration and ruling.  Defendants will file new motions and

3   responsive pleadings to address the Amended Complaint.

4        **DATED** this 22nd day of May, 2012.

5   SNELL & WILMER L.L.P.        LAW OFFICES OF E. BRENT BRYSON

6

7   By:   /s/ Patrick G. Byrne      By:   /s/ E. Brent Bryson
         Patrick G. Byrne                         E. Brent Bryson
8        3883 Howard Hughes Parkway               3202 West Charleston Boulevard
         Suite 1100                               Las Vegas  NV  89102
9        Las Vegas  NV  89169                     Attorneys for Plaintiff and Third-Party Defendant
         Attorneys for Defendants
10

11

12                  **ORDER**

13

14   IT IS SO ORDERED.

15   DATED this 23rd day of May, 2012.

16

17                     _____
         LARRY R. HICKS
18       UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28