1
2
3
4
5
6
7
8
9
10
11
12                    IN THE UNITED STATES DISTRICT COURT
13                          FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OPERATION:HEROES, LTD, | CASE NO. 2:12-CV-00214-LRH-(GWF) |
| Plaintiff, | **STIPULATION FOR WITHDRAWAL OF DEFENDANTS' PENDING MOTIONS** |
| v. | |
| PROCTER AND GAMBLE PRODUCTIONS, INC., *et al*., | **AND ORDER THEREON** |
| Defendants, | |
| R.C. FOSTER, | |
| Third-Party Defendant. | |

Counsel for Plaintiff and Defendants hereby stipulate that, as a result of Plaintiff's recently filed Amended Complaint, Defendants agree to withdraw without prejudice (1) Defendants' Motion to Dismiss for Failure to State a Claim [Docket No. 19], dated and filed May 1, 2012, (2) Defendants' Motion to Transfer Venue to the United States District Court for the Southern District of Ohio, Western Division (Cincinnati) [Docket No. 22], dated and filed May 1, 2012, and (3) Motion of Defendant Procter & Gamble Productions, Inc. to Compel Arbitration

and Stay Proceedings [Docket No. 18], dated and filed May 1, 2012.  These motions should be removed the Court's docket for consideration and ruling.  Defendants will file new motions and responsive pleadings to address the Amended Complaint.

**DATED** this 22nd day of May, 2012.

| SNELL & WILMER L.L.P. | LAW OFFICES OF E. BRENT BRYSON |
|---|---|
| By: __/s/ Patrick G. Byrne__<br>Patrick G. Byrne<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas  NV  89169<br>Attorneys for Defendants | By: __/s/ E. Brent Bryson__<br>E. Brent Bryson<br>3202 West Charleston Boulevard<br>Las Vegas  NV  89102<br>Attorneys for Plaintiff and Third-Party Defendant |

**ORDER**

IT IS SO ORDERED.

DATED this 23rd day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE